UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JASON CLIFFORD VOLTOLINA                               CIVIL ACTION

VERSUS                                                 NO. 10-1950

NELSON COLEMAN                                         SECTION: "A"(3)
CORRECTIONAL CENTER, ET AL.

### O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter, except that the dismissal will be without prejudice. Therefore,

**IT IS ORDERED** that plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

May 10, 2011

_____
UNITED STATES DISTRICT JUDGE